IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:09CV135-03-V
(5:07cr50-13-V)

| | |
|---|---|
| **CHEUKMA KENYATA SANDERS,** )<br>　　Petitioner, )<br> )<br>　　v. )<br> )<br>**UNITED STATES OF AMERICA,** )<br>　　Respondent. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on limited remand from the Fourth Circuit Court of Appeals so that the record may be supplemented to include a ruling issuing or denying a certificate of appealability. (Doc. No. 7.).

On December 2, 2009, Petitioner filed a Motion to Vacate arguing that his counsel was ineffective for failing to object to various issues at sentencing. In a seven- page Order dated December 14, 2009 this Court considered and denied Petitioner's claims on the merits. (Doc. No. 2.) However, this Court neglected to include ruling regarding a certificate of appealability as is now required in habeas cases pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 cases. Therefore, the Court has reviewed its Order denying Petitioner's Motion to Vacate and pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 Cases, declines to issue a certificate of appealability as Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(2); <u>Miller -El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists

would find the district court's assessment of the constitutional claims debatable or wrong)(citing Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

**THEREFORE, IT IS HEREBY ORDERED** that a Certificate of Appealability is denied.

**SO ORDERED.**

Signed: January 8, 2010

Richard L. Voorhees
United States District Judge